UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BHOLA PAGE,

                Petitioner,

v.

THE GEO GROUP INC., et al.,

                Respondent.

Case No. 2:25-cv-01108-JLR-TLF

ORDER DIRECTING SUPPLEMENTAL BRIEFING

      Petitioner Bhola Page, currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 seeking release from custody. Dkt. 1. Petitioner is represented by counsel. *Id.* Petitioner alleges there is no reasonable likelihood that his deportation will be effectuated in the reasonably foreseeable future and his continued detention violates 8 U.S.C. § 1231(a)(6) and his due process rights. *Id*.

      The Government has filed a return memorandum and motion to dismiss arguing that petitioner is properly detained under 8 U.S.C. § 1231(a)(6) and the due process clause. Dkt. 6. Petitioner has filed a response opposing the Government's motion to dismiss and the Government has filed a reply. Dkts. 10, 12.

      In his petition, petitioner indicates he was originally detained at the NWIPC from June 1, 2017, to March of 2020 and that roughly fourteen months of his detainment

ORDER DIRECTING SUPPLEMENTAL BRIEFING - 1

occurred after there was a final order of removal in his case. Dkt. 1 at 5. Petitioner indicates during that time the Government repeatedly failed to establish petitioner's citizenship in India, or to secure documents to allow his travel. *Id.* Petitioner indicates on January 27, 2025, petitioner was taken back into custody by ICE officials and remains detained at the NWIPC. *Id.*

The Government in their return memorandum and motion to dismiss, argues that petitioner is properly detained because he is reasonably likely to be removed in the foreseeable future. Dkt. 6. The Government notes that petitioner is an Indian national and they have petitioner's Indian birth certificate. Dkt. 6 at 6-7. The Government indicates that it requested a travel document for petitioner on July 21, 2025, and states generally that the "new Consulate General of India in Seattle has been cooperative with Ice's requests for travel documents, which typically are issued within 30 days of receipt of the travel document application." *Id.* However, to date the Government has not indicated that a travel document has been issued for petitioner.

Petitioner, in response to the motion, argues that the Government has not shown changed circumstances between the initial period petitioner was detained – during which the Government was unable to effectuate his removal -- and today. Dkt. 11.

To properly evaluate the petition and return and motion to dismiss, the Court requires additional information from the Government.

Accordingly, the Court hereby ORDERS:

(1) On or before **October 29, 2025**, the Government is directed to submit additional briefing and any supporting relevant evidence explaining specifically why the Government was unable to remove petitioner to India during the approximately

fourteen-month period he was detained from 2018 to 2020 after a final order of removal issued. The Government should further explain, and provide supporting evidence, for how circumstances have changed and why they believe they will now be able to effectuate petitioner's removal when they were unable to do so during his previous prolonged detention. The Government should also provide any relevant updated information regarding petitioner's removal including, whether travel documents have issued and if they have not the cause for the delay and any relevant communications that have taken place between the Government and the Consulate General of India. If the Government argues they have been able to remove other individuals to India this year, the Government should explain whether the circumstances of those individuals were similar or different to those of the petitioner in this case.

(2) Petitioner may file a response to the additional briefing on or before **November 12, 2025**.

(3) The Clerk is directed to re-note the Government's return memorandum and motion to dismiss (Dkt. 6) to **November 12, 2025**.

(4) The Clerk shall provide a copy of this order to petitioner and counsel for respondent.

Dated this 8th day of October, 2025.

Theresa L. Fricke
United States Magistrate Judge

ORDER DIRECTING SUPPLEMENTAL BRIEFING - 3