1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  BHOLA PAGE,                                      CASE NO. C25-1108JLR

11              Petitioner,                          ORDER

12        v.

13  THE GEO GROUP, INC., et al,

14              Respondents.

15    Before the court is Respondents The Geo Group, Inc., United States Immigration

16  and Customs Enforcement ("ICE") Acting Director Todd Lyons, Seattle Field Office

17  Director of ICE Cammilla Wamsley, and United States Department of Homeland

18  Security ("DHS") Secretary Kristi Noem's (together, "Respondents") motion to dismiss

19  Petitioner Bhola Page's petition for writ of habeas corpus under 28 U.S.C. § 2241 (Mot.

20  (Dkt. # 6); *see also* Pet. (Dkt. # 1).)  Mr. Page does not oppose Respondents' motion.

21  (2nd Resp. (Dkt. # 21).)

22

ORDER - 1

1 | This immigration habeas case commenced on June 13, 2025, when Mr. Page filed
2 | the operative petition.  (Pet.)  Respondents moved to dismiss the action on August 4,
3 | 2025.  (Mot.)  Petitioner initially opposed Respondents' motion.  (Resp. (Dkt. # 11).)
4 | The court deferred ruling on the motion and ordered supplemental briefing.  (10/8/25
5 | Order (Dkt. # 18).)  Respondents filed their supplemental brief on October 29, 2025,
6 | informing the court that travel documents were issued for Mr. Page and that his removal
7 | was scheduled for the first week of November 2025.  (Resp. Br. (Dkt. # 19) at 1.)  Given
8 | the change of circumstances, Mr. Page no longer opposes Respondents' request to
9 | dismiss the action and requests that the dismissal be entered without prejudice.  (2nd
10 | Resp. at 2.)  Accordingly, for the foregoing reasons, the court dismisses this action
11 | without prejudice.

Dated this 24th day of November, 2025.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2