# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BHOLA PAGE,<br><br>                Petitioner,<br><br>v.<br><br>THE GEO GROUP, INC., et al,<br><br>                Respondents. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C25-1108JLR |

\_\_\_\_  **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Respondents' motion to dismiss (Dkt. # 6) is GRANTED.  Petitioner's petition, and this action, are DISMISSED without prejudice.

Filed this  24th  day of November, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk